NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**KC RESOURCES, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————

2014-5142

———————————

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00393-EJD, Senior Judge Edward J. Damich.

———————————

**JUDGMENT**

———————————

JOHN MARKHAM TANNER, Fairfield & Woods, PC, Denver, CO, argued for plaintiff-appellant.

ELLEN MARY LYNCH, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., FRANKLIN E. WHITE, JR.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, DYK, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 11, 2015                      /s/ Daniel E. O'Toole
    Date                          Daniel E. O'Toole
                                  Clerk of Court